FILE COPY

RE: Case No. 25-0591                                    DATE: 8/8/2025
    COA #: 15-24-00077-CV                    TC#: D-1-GN-24-000586
STYLE: CITY OF AUSTIN v. STATE

     A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.


                    SARA  SCHAEFER
                    CITY OF AUSTIN LAW DEPARTMENT
                    P.O. BOX 1088
                    AUSTIN, TX  78767
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0591 DATE: 8/8/2025
COA #: 15-24-00077-CV TC#: D-1-GN-24-000586
STYLE: CITY OF AUSTIN v. STATE

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

DISTRICT CLERK  TRAVIS COUNTY
TRAVIS COUNTY COURT
P. O. BOX 679003
AUSTIN, TX  78767
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0591                          DATE: 8/8/2025
COA #: 15-24-00077-CV             TC#: D-1-GN-24-000586
STYLE: CITY OF AUSTIN v. STATE

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MR. CORY  SCANLON
OFFICE OF THE ATTORNEY GENERAL OF
TEXAS
PO BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0591         DATE: 8/8/2025
COA #: 15-24-00077-CV       TC#: D-1-GN-24-000586
STYLE: CITY OF AUSTIN v. STATE

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

JACOB   PRZADA
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX   78711
\* DELIVERED VIA E-MAIL \*

FILE COPY

RE: Case No. 25-0591        DATE: 8/8/2025
COA #: 15-24-00077-CV      TC#: D-1-GN-24-000586
STYLE: CITY OF AUSTIN v. STATE

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

CHRISTOPHER PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX 78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0591                          DATE: 8/8/2025
    COA #: 15-24-00077-CV                 TC#: D-1-GN-24-000586
STYLE: CITY OF AUSTIN v. STATE

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

                    MR. JOHNATHAN D. STONE
                    OFFICE OF THE ATTORNEY GENERAL
                    P.O. BOX 12548
                    AUSTIN, TX  78711-2548
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0591                    DATE: 8/8/2025
COA #: 15-24-00077-CV           TC#: D-1-GN-24-000586
STYLE: CITY OF AUSTIN v. STATE

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MS. HANNAH M. VAHL
CITY OF AUSTIN LAW DEPARTMENT
P.O. BOX 1546
AUSTIN, TX  78767
* DELIVERED VIA E-MAIL *